# UNITED STATES DIST COURT
## Eastern Division

Michael Christianson, JUD,
Petitioner,

Vs.

Eric Rardin, Warden.
Respondent.

Case: 2:25-cv-13787
Assigned To : Murphy, Stephen J., III
Referral Judge: Morris, Patricia T.
Assign. Date : 11/25/2025
Description: HC CHRISTIANSON v. RARDIN (MC)

## NOTICE

Petitioner, Michael Christianson, JUD, pro se, provides notice that he has submitted a "BP-199, Request for Withdrawal of Inmate's Personal Funds, En-

1

cumbrance No. 316, See Attachment, BP-199, to pay the required 28 USC §2241 fee of $5 dollars. The BP-199 was submitted to Mr. Christianson's Unit team, Mrs. K. Tomich, Counselor, on Wednsday, November 18, 2025 at approximately 0800 hours.

Respectfully,

Michael Christianson, JUD
18031-027
FCI Milan

2

PO Box 1000
Milan, MI 48160
Pro Se

Date: 11/08/2025  
Time: 04:33:43 PM  

Location: MIL

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF PRISONS

## Request for Withdrawal of Inmate's Personal Funds

MIL-A-B, 18031027 - CHRISTIANSON, MICHAEL

| Encumbrance No.: 316 |

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**
Court, Clerk Of
600 CHURCH ST
FLINT
MI 48502
United States

Purpose: Court Fees
Check Memo: Section 2241

_____
(Signature of Inmate)

18031027 - CHRISTIANSON, MICHAEL
(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____
(Signature of Deposit Fund Tech)

(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

Michael Christianson
18031-027
FCI Milan
PO Box 1000
Milan, MI 48160

Clerk of Court
U.S. Dist. Courthouse
Theodore Levin Courthouse
231 West Lafayette Blvd
Rm 564
Detroit, MI 48226

NOV 25 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

SPECIAL MAIL


